KIRK J. WOLDEN, SBN 138902
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Fax: (916) 567-1112
Email: cliff@cwclawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOSEPH GEOGHEGAN as father and next fried of DECLAN GEOGHEGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MONESSEN HEATH SYSTEMS CO.; CFM MAJESTIC U.S. HOLDINGS, INC.; CFM U.S. CORPORATION; CFM CORP.; CFM CANADA,<br><br>Defendants. | CASE NO. 4:12-cv-02896-PJH<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff JOSEPH GEOGHEGAN, as father and next friend of DECLAN GEOGHEGAN, hereby substitutes as their counsel of record in this action,

Kirk J. Wolden (State Bar No. 138902)
Carter Wolden Curtis, LLP
1111 Exposition Blvd., Ste. 602
Sacramento, CA 95815
Telephone: (916) 567-1111
Facsimile: (916) 567-1112
Email: kirk@cwclawfirm.com

///

Plaintiffs will no longer be represented by Clayeo C. Arnold.

I accept this substitution.

Date: April 5, 2013

_____
KIRK J. WOLDEN, Carter Wolden Curtis, LLP

I consent to this substitution.

Date: April ___, 2013

_____
JOSEPH GEOGHEGAN as father and next friend of DECLAN GEOGHEGAN

I consent to this substitution.

Date: April 2, 2012

_____
CLAYEO C. ARNOLD

Notice of Substitution of Attorneys                                                                   2

1 | Plaintiffs will no longer be represented by Clayeo C. Arnold.
2 |
3 | I accept this substitution.
4 | Date: April ___, 2013
5 | KIRK J. WOLDEN, Carter Wolden Curtis, LLP
6 |
7 | I consent to this substitution.
8 | Date: April 25, 2013
9 | JOSEPH GEOGHEGAN as father and next friend of DECLAN GEOGHEGAN
10 |
11 | I consent to this substitution.
12 |
13 | Date: April 2, 2012
14 | CLAYEO C. ARNOLD

4/26/13

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Notice of Substitution of Attorneys                                                       2