KIRK J. WOLDEN, SBN 138902
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Fax: (916) 567-1112
Email: cliff@cwclawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOSEPH GEOGHEGAN as father and next fried of DECLAN GEOGHEGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MONESSEN HEATH SYSTEMS CO.; CFM MAJESTIC U.S. HOLDINGS, INC.; CFM U.S. CORPORATION; CFM CORP.; CFM CANADA,<br><br>Defendants. | CASE NO. 4:12-cv-02896-PJH<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff JOSEPH GEOGHEGAN, as father and next friend of DECLAN GEOGHEGAN, hereby substitutes as their counsel of record in this action,

    Kirk J. Wolden (State Bar No. 138902)
    Carter Wolden Curtis, LLP
    1111 Exposition Blvd., Ste. 602
    Sacramento, CA 95815
    Telephone: (916) 567-1111
    Facsimile: (916) 567-1112
    Email: kirk@cwclawfirm.com

///

1  Plaintiffs will no longer be represented by Clayeo C. Arnold.

2

3  I accept this substitution.

4  Date: April 5, 2013

5  _____
   KIRK J. WOLDEN, Carter Wolden Curtis, LLP

6

7  I consent to this substitution.

8  Date: April ___, 2013

9  _____
   JOSEPH GEOGHEGAN as father and next
   friend of DECLAN GEOGHEGAN

10

11  I consent to this substitution.

12

13  Date: April 2, 2012

   _____
   CLAYEO C. ARNOLD

14

Notice of Substitution of Attorneys                                           2

1 | Plaintiffs will no longer be represented by Clayeo C. Arnold.
2 |
3 | I accept this substitution.
4 | Date: April ___, 2013
5 | KIRK J. WOLDEN, Carter Wolden Curtis, LLP
6 |
7 | I consent to this substitution.
8 | Date: April 25, 2013
9 | JOSEPH GEOGHEGAN as father and next friend of DECLAN GEOGHEGAN
10 |
11 | I consent to this substitution.
12 |
13 | Date: April 2, 2012
14 | CLAYEO C. ARNOLD
15 |
16 |
17 | 4/26/13

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Substitution of Attorneys                                2